UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFZAL HOSSAIN, Ph. D.,

    Plaintiff,

vs.                        Case No. 05-CV-73377
                        HON. GEORGE CARAM STEEH

DANIEL LITTLE, et al.,

    Defendants.

_____/

## ORDER DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE

For the reasons stated on the record at a December 20, 2005 hearing, and pursuant to an agreement of the parties, plaintiff Afzal Hossain's claims are hereby DISMISSED, without prejudice, and without costs.

SO ORDERED.

                        s/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

Dated: December 20, 2005

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on December 20, 2005, by electronic and/or ordinary mail.

                        s/Josephine Chaffee
                        Secretary/Deputy Clerk